# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AND BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV28 |
| v. | ) ) | |
| SADLER ELECTRIC, INC., | ) | ORDER |
| Defendant. | ) ) ) | |

Plaintiffs have filed a Notice of Dismissal (#6) pursuant to Fed. R. Civ. P. 41(a)(1)(i) in response to the court's Order to Show Cause (#5). The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i), and the case may be dismissed without order of the court. Accordingly,

**IT IS ORDERED** that the Clerk shall terminate this case for statistical purposes.

**DATED June 14, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge